**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| LIFECARE MEDICAL CENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 0:12-cv-00625-MJD-LIB |
| | ) |
| KAYLA MCLAUGHLIN, ALAN FISH, and ALAN B. FISH, P.A. | ) |
| | ) |
| Defendants. | ) |

**AGREED ORDER DIRECTING DEFENDANTS TO
DEPOSIT FUNDS INTO REGISTRY OF COURT**

Based upon the agreement of the parties, evidenced by their signatures below, the Court Grants Defendants' Motion to Deposit Money with the Court.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that:

1. Defendants, Alan Fish and Alan B. Fish, P.A. are directed to pay $159,526.02 in settlement proceeds ("Disputed Funds") into the registry of the Court on or before Tuesday, April 10, 2012.

2. The Disputed Funds will remain in the registry of the Court until the Court determines the Parties respective rights and obligations with respect to the Disputed Funds.

3. The parties agree that upon payment of the Disputed Funds into the registry of this Court, Defendants Alan Fish and Alan B. Fish, P.A. will be dismissed as party Defendants to this action.

4. Based upon this Order, Plaintiff withdraws its Motion for Preliminary Injunction currently set for hearing on April 10, 2012, which is now moot.

5. The subpoenas previously issued by Plaintiff and served upon Defendants, Kayla McLaughlin and Alan Fish, are hereby withdrawn as moot.

DATED:   April 6, 2012					s/ Michael J. Davis					
							MICHAEL J. DAVIS
							UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:


DATE: <u>APRIL 3, 2012</u>				By: <u>/s/ Alan B. Fish</u>					
							Alan B. Fish (238120)
							ALAN B. FISH, P.A.
							102 Second Avenue NW
							Roseau, MN 56751
							Telephone: (218) 463-2088
							Facsimile: (218) 463-2099
							E-Mail: alanfishlaw@yahoo.com


DATE: <u>APRIL 3, 2012</u>				By: <u>/s/ J. Gordon Howard</u>				
[Local Counsel]					Eric G. Nasstrom (0278257)
							Morrison Sund, PLLC
							5125 County Road 101, Suite 202
							Minnetonka, MN  55345
							Telephone:  (952) 277-0115
							Facsimile:  (952) 975-0058
							E-mail:  enasstrom@morrisonsund.com

[Lead Counsel]					Thomas H. Lawrence (TN 17105)*
							J. Matthew Stephens (TN 21709)*
							J. Gordon Howard (TN 26850)*
							LAWRENCE & RUSSELL, PLC
							5178 Wheelis Drive
							Memphis, Tennessee 38117
							Telephone: (901) 844-4430
							Facsimile: (901) 844-4435
							E-Mail:  toml@lawrencerussell.com
								matts@lawrencerussell.com
								gordonh@lawrencerussell.com


* Admitted *Pro Hac Vice*.